UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC KINGSLEY ASUAMAH THOMSON, | Case No. C09-1218-RSM |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, et al., | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return Memorandum and Motion to Dismiss, respondent's status report, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED without prejudice;

(3) The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 16 day of February, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL